UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELISSA MIRELEZ,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>      Defendant. | No.   1:14-CV-3042-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **STRICKEN**. The matter is **REMANDED** pursuant to sentence four of 42 USC § 405(g). The Stipulated Motion for Remand, ECF No. 18, is **GRANTED**.

DATED: December 29, 2014

                                      SEAN F. McAVOY
                                      Clerk of Court

                                      By:  *s/Cheryl Cambensy*
                                            Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**